UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID C. LETTIERI,<br><br>  Plaintiff,<br><br>  v.<br><br>FRED BOWERS.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-12251-BEM<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**MURPHY, J.**

In an Order dated January 16, 2026, the Court denied plaintiff David C. Lettieri's motion for leave to proceed *in forma pauperis*. Dkt. 4. The Court's Order stated that if he wishes to proceed, he must, within twenty-eight (28) days, pay the $405 filing fee. *Id.*

Lettieri filed a one-page reply to the Court's Order on February 13, 2026, asserting that he doesn't remember filing the instant action and that "someone is [impersonating] the 'plaintiff.'" Dkt. 6. It appears Lettieri no longer wishes to pursue this case and, in any event, he has not paid the filing fee.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee. The Clerk shall enter a separate order of dismissal.

**So Ordered.**

Dated: February 13, 2026

/s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court